IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 7:15-CR-21-001 |
| MISAEL ROSARIO PACHECO, SR. | |

## ORDER

The defendant filed a motion for a sentence reduction (ECF No. 101) on August 26, 2024. In his motion, the defendant is seeking a reduction in his sentence due to purported changes in the U.S. Sentencing Guidelines; his current medical condition; and asks the Court to vacate his sentence.

The Court has considered the above referenced motion and finds that the defendant is not eligible for a reduction in his sentence. Amendment 821 to the *United States Sentencing Guidelines*, now provides a reduction in status points and provides an eligible defendant with a two-level reduction under the newly created provision found at USSG § 4C1.1(a). In this case, neither reduction applies, as the defendant was designated an Armed Career Criminal, and his Criminal History Category of VI was controlled by that designation.

Further, the defendant's motion includes an argument for a compassionate release due to his medical condition. The Court has reviewed the defendant's reported medical condition; however, the Court does not believe that the defendant's current medical condition rises to the level of an extraordinary and compelling reason for a sentence reduction.

Lastly, the defendant's motion challenges the lawfulness of his sentence, and his designation as an Armed Career Criminal under 18 U.S.C. § 924(e). The Court has reviewed his case and finds that the previous guideline range was appropriately calculated, and the defendant is not entitled to a sentence reduction. Therefore, the Court denies the motion for a sentence reduction filed in ECF No. 101.

HONORABLE LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE