# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MISAEL ROSARIO PACHECO, SR., | : |
| Petitioner, | : |
| v. | : CASE NO.: 7:15-CR-21 (LAG) (ALS) |
| | : 7:25-CV-5 (LAG) (ALS) |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (R&R) (Doc. 106), dated January 23, 2025. For the reasons stated below, the R&R is **ACCEPTED** and **ADOPTED**.

*Pro se* Petitioner Misael Rosario Pacheco, Sr. filed a Motion to Vacate under 28 U.S.C. § 2255 on January 8, 2025, challenging the sentence imposed after a jury found him guilty of possession of firearm by a convicted felon. (Doc. 105; Doc. 40; *see* Docs. 64–66). Following the jury trial, Petitioner was sentenced to 300 months' imprisonment to be followed by five years of supervised release. (Doc. 56). Petitioner filed a Notice of Appeal on October 25, 2016. (Doc. 59). On September 19, 2017, the Eleventh Circuit affirmed Petitioner's conviction and sentence. (Doc. 68). On January 31, 2019, Petitioner filed a Motion to Vacate under 28 U.S.C. § 2255, which was denied on September 17, 2020. (Docs. 74, 89–90). On January 8, 2025, Petitioner filed the subject Motion to Vacate. (Doc. 105). The Government did not file a Response. (*See* Docket). On January 23, 2025, Petitioner filed a Motion to Supplement. (Doc. 107). On January 24, 2025, the Magistrate Judge "construe[d] Petitioner's filing as a brief in support of his pending Motion to Vacate." (Doc. 108 at 1). The Magistrate Judge held that to the extent the filing is a brief in support of Petitioner's Motion to Vacate, it may be considered by the District Court Judge, but to the extent it seeks any other relief, it is denied. (*Id.*).

On January 23, 2025, the Magistrate Judge issued an R&R recommending that Petitioner's subject Motion to Vacate (Doc. 105) be dismissed. (Doc. 106 at 3). The Magistrate Judge determined that "[b]ecause the Petitioner has failed to obtain proper authorization for filing a successive petition, this Court is without authority to entertain this successive challenge to Petitioner's conviction and sentence," and Petitioner's Motion should be dismissed. (Doc. 106 at 3 (citation omitted)). "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A); *see* 28 U.S.C. § 2255(h). As such, the Magistrate Judge correctly found that "[w]ithout authorization from the Court of Appeals, the District Court lacks jurisdiction to consider a second or successive petition." (Doc. 106 at 2 (first citing *Farris v. United States*, 333 F.3d 1211, 1216 (11th Cir. 2003); and then citing *Hill v. Hopper*, 112 F.3d 1088, 1089 (11th Cir. 1997))). The R&R triggered the fourteen-day period provided under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(a) for the Parties to file written objections. No Party filed an objection to the R&R. (*See* Docket).

District courts must "conduct a careful and complete review" to determine "whether to accept, reject, or modify" a magistrate judge's report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (citation omitted). The Court reviews *de novo* the dispositive portions of a magistrate judge's report and recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). The Court reviews unobjected-to portions of a magistrate judge's report and recommendation for clear error. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). If necessary, the Court may review factual issues *de novo* to "aid its review of a magistrate's report[.]" *Wainwright*, 681 F.2d at 732.

Here, because no Party objected to the R&R, the Court reviews the R&R for clear error. Upon careful and complete review of the R&R and the record in this case, the Court finds no clear error in the R&R. Accordingly, the Court **ACCEPTS, ADOPTS,** and makes the Order of this Court the Magistrate Judge's R&R for reason of the findings made and reasons stated therein. (Doc. 106). Petitioner's Motion to Vacate under 28 U.S.C. § 2255

2

(Doc. 105) is **DISMISSED without prejudice**. The Court further **DENIES** any certificate of appealability as Petitioner has not substantially shown the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

  **SO ORDERED**, this 12th day of August, 2025.

            /s/ Leslie A. Gardner
            **LESLIE A. GARDNER, CHIEF JUDGE**
            **UNITED STATES DISTRICT COURT**